## IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

**FILED**

**September 23, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

| | | |
|---|---|---|
| MATTHEW SEFFERNICK, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | Davidson Circuit |
| | ) | No. 93C-1800 |
| VS. | ) | |
| | ) | Appeal No. |
| | ) | 01-A-01-9606-CV-00282 |
| SAINT THOMAS HOSPITAL AND | ) | |
| BARRY E. YARBROUGH, M.D., | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

## ORDER

In accordance with the opinion of the Court filed herein, the petition to rehear filed by the appellees is denied at the cost of appellees..

ENTER _____

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION

_____
SAMUEL L. LEWIS, JUDGE

_____
BEN H. CANTRELL, JUDGE